**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 8, 2015

Hon. Robert S. Kwok
Kwok Daniel Ltd., LLP
6588 Corporate Dr., Ste. 300
Houston, TX 77036
* DELIVERED VIA E-MAIL *

Hon. Patricia L. Hayden
Attorney at Law
209 E. Mulberry, Ste. 100
Angleton, TX 77515
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00164-CV
Tr.Ct.No. 12-E-0497-C
Style:    City of Bay City v. Shirley Knapp, et al.

Appellant's motion for extension of time to extend abatement of appeal pending finalization of settlement was this day GRANTED by this Court. The time has been extended to Friday, October 09, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch